HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TEM PHAPHONH, <br><br> Defendant. | Case No. 1:18-mj-00100 <br><br> **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |

## BACKGROUND

Defendant Phaphonh made an initial appearance on a Criminal Complaint on June 29, 2018.  This matter is currently scheduled for a preliminary hearing on **July 12, 2018**, fourteen days after the initial appearance.  Because the defendant is not in custody, Federal Rule of Criminal Procedure 5.1(c) allows for scheduling of a preliminary hearing twenty-one days after the initial appearance.

The parties have conferred and are exploring several different options for proceeding in this matter.  They now mutually request that the preliminary hearing be continued  to **July 19, 2018**.

//

//

//

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: July 6, 2018                  */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TEM PHAPHONH


                                      McGREGOR W. SCOTT
                                      United States Attorney

Date: July 6, 2018                  */s/ Michael G. Tierney*
                                      MICHAEL G. TIERNEY
                                      Assistant United States Attorney

## **O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **July 12, 2018** be continued to **July 19, 2018 at 2 pm in Courtroom 9 before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:  **July 6, 2018**                   /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE