McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HERMINE HAMBARTSUMYAN<br>and<br>TEM PHAPHONH<br><br>          Defendants. | CASE NO. 1:18-mj-00100<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AS TO DEFENDANT PHAPHONH |

### BACKGROUND

Defendant Phaphonh made an initial appearance on June 29, 2018 after her arrest on an arrest warrant issued in conjunction with a Criminal Complaint. On July 12, 2018, the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable.

This matter is currently scheduled for a preliminary hearing on **July 19, 2018**, which is twenty-one days after initial appearance. Federal Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as defense counsel require time to review discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be

1

1 re-set for **August 9, 2018**.

2     The parties also agree that time should be excluded under the Speedy Trial Act, 18
3 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest, for
4 defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND [PROPOSED] ORDER

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **July 19, 2018** be continued to **August 9, 2018**.  The parties agree to exclude time under the Speedy Trial Act from July 19, 2018 to August 9, 2018, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: July 13, 2018      By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: July 13, 2018      By:    /s/ Megan Hopkins

Megan Hopkins
Assistant Federal Defender
Attorney for Tem Phaphonh

**O R D E R**

The preliminary hearing currently set for **July 19, 2018** is continued to **August 9, 2018**. The period from July 19, 2018 to August 9, 2018 shall be excluded under the Speedy Trial Act. The Court finds that he interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE