McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00100 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AS TO DEFENDANT PHAPHONH |
| v. | |
| HERMINE HAMBARTSUMYAN and TEM PHAPHONH | |
| Defendants. | |

**BACKGROUND**

Defendant Phaphonh made an initial appearance on June 29, 2018 after her arrest on an arrest warrant issued in conjunction with a Criminal Complaint. On July 12, 2018, the United States provided initial, voluntary discovery to the counsel for defendant. On July 13, 2018, the parties submitted a stipulation requesting that the preliminary hearing be set on August 9, 2018, to allow them to review discovery and explore pre-indictment resolution, and requested that time be excluded under the Speedy Trial Act until that date. (Dkt. 15). United States Magistrate Judge Stanley A. Boone granted the request. (Dkt. 16).

Since that time, the parties have continued to explore resolution of the matter, but these efforts have been hampered by the need to schedule a Lao interpreter for any meetings involving defendant Phaphonh in order to review discovery or discuss the case. Counsel for defendant have requested a meeting for the week of August 27, 2018, which will give them the necessary

1

time to address these issues.  The parties believe that one additional continuance of the preliminary hearing is necessary in order to determine whether the case may be resolved while minimizing further investigative and judicial resources.

As noted above, this matter is currently scheduled for a preliminary hearing on **August 9, 2018**, and has already been continued from an earlier setting.  Federal Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause.  Here, the parties agree that there is good cause for the extension, as defense counsel require time to communicate with the defendant regarding discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter.  The parties request that a preliminary hearing be re-set for **September 27, 2018**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest, for defense preparation, plea negotiation, and continuity of counsel.

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **July 19, 2018** be continued to **September 27, 2018**.  The parties agree to exclude time under the Speedy Trial Act from August 9, 2018 to September 27, 2018, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, | |
|   | McGREGOR W. SCOTT | |
|   | United States Attorney | |
| DATED: August 7, 2018 | By: | /s/ Michael G. Tierney |
|   | Michael G. Tierney<br>Assistant United States Attorney | |
| DATED: August 7, 2018 | By: | /s/ Megan Hopkins |
|   | Megan Hopkins<br>Assistant Federal Defender<br>Attorney for Tem Phaphonh | |

**O R D E R**

The preliminary hearing currently set for **August 9, 2018** is continued to **September 27, 2018, at 2:00 PM before Magistrate Judge Barbara A. McAuliffe.**  The period from August 9, 2018 to September 27, 2018 shall be excluded under the Speedy Trial Act.  The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **August 8, 2018**          /s/ Erica P. Grosjean
                                                                                                UNITED STATES MAGISTRATE JUDGE

3