| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Cal. Bar No. 122664 |
|   | Federal Defender |
| 2 | HOPE ALLEY, Cal. Bar No. 314109 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
|   | TEM PHAPHONH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00100 SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER THEREON** |
| vs. | |
| TEM PHAPHONH, | Date: October 22, 2018 |
|   | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for Tem Phaphonh, that the preliminary hearing currently scheduled for October 11, 2018, be continued to October 22, 2018, at 2:00 p.m.

Defendant Phaphonh made an initial appearance on a Criminal Complaint on June 29, 2018. This matter is currently scheduled for a preliminary hearing on **October 11, 2018**. The preliminary hearing has been continued past the 21 days permitted by Federal Rule of Criminal Procedure 5.1(c). However, pursuant to Rule 5.1(d), with the defendant's consent and upon a showing of good cause, the court may extend the time limit of Rule 5.1(c) one or more times.

Ms. Phaphonh consents to an extension of time for the preliminary hearing and good cause exists for such an extension because of Ms. Phaphonh's recent hospitalization. As of the time of this filing, Ms. Phaphonh has not been discharged from the hospital.

Accordingly, the parties request that the preliminary hearing be continued to **October 22, 2018**.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2018            */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TEM PHAPHONH


McGREGOR W. SCOTT
United States Attorney

Date: October 10, 2018            */s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

# O R D E R

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **October 11, 2018** be continued to **October 22, 2018 at 2:00 PM before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: **October 10, 2018**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE