| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | HOPE ALLEY, Bar #314109<br>MEGAN T. HOPKINS, Bar #294141 |
| 3 | Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |
| 5 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 7 | Attorneys for Defendant<br>TEM PHAPHONH |



FILED
NOV 19 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-0225-LJO-SKO |
| Plaintiff, | ) ) | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT;** |
| vs. | ) ) | **[PROPOSED] ORDER THEREON** |
| TEM PHAPHONH, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Tem Phaphonh, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorneys-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

It is a hardship for Defendant to appear at court appearances due to her advanced age and substantial health concerns. Recently the defendant was hospitalized for several days, and her multiple medical issues remain in need of ongoing treatment. Defendant respectfully requests that the Court waive her appearance at all future pre-trial hearings unless her appearance is

ordered by the Court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 19, 2018
/s/ TEM PHAPHONH
TEM PHAPHONH

DATED: November 19, 2018
*/s/ Hope Alley*
Hope Alley
Assistant Federal Defender
Attorney for Defendant
TEM PHAPHONH

# ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

DATED: November 19, 2018

HON. SHEILA K. OBERTO
United States Magistrate Judge