HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGAN T. HOPKINS, CA Bar No. 294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: October 14, 2019 |
| TEM PHAPHONH, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Tem Phaphonh, that the status conference currently scheduled for September 16, 2019, be continued to October 14, 2019, at 1:00 p.m.

The reason for this continuance is that both parties in this matter will be in the middle of trial on September 16, 2019 and will not have ample time prior to the status conference to meet and confer regarding discovery and motion schedules to be proposed at the next status conference. The parties wish to make use of the upcoming status conference, and the additional time requested will allow the parties to meet and confer as to the trajectory of this case following the conclusion of the trial in their other matter.

Based on the foregoing the parties agree that the ends of justice served by resetting the status conference outweigh the best interest of the public and the defendant in a speedy trial.

1  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

2  (B)(iv).

3

4                                        Respectfully submitted,

5                                        HEATHER E. WILLIAMS
6                                        Federal Defender

7
   Date: August 5, 2019                 /s/ Megan T. Hopkins
8                                        MEGAN T. HOPKINS
                                         Assistant Federal Defender
9                                        Attorney for Defendant
                                         TEM PHAPHONH
10

11                                       McGREGOR W. SCOTT
12                                       United States Attorney

13
   Date: August 5, 2019                 /s/ Michael G. Tierney
14                                       MICHAEL G. TIERNEY
                                         Assistant United States Attorney
15

16

17

18                               **O R D E R**

19
        The parties' request for a continuance is DENIED.  This case has been pending since
20
   October 2018.  The status conference/trial setting date of September 16, 2019, was set on June 3,
21
   2019, which should have provided the parties ample time to: (1) meet and confer regarding a
22
   mutually agreeable trial date, and (2) obtain counsel who can stand in for them at the trial setting
23
   conference on September 16, 2019.
24

25

26
   IT IS SO ORDERED.
27

28 Dated:  __**August 9, 2019**__              _____/s/ *Sheila K. Oberto*_____
                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28