HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS #294141
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-NONE |
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER |
| TEM PHAPHONH, | |
| Defendants. | |

Ms. Phaphonh was ordered released onto pretrial supervision on June 28, 2018. CR 9. Ms. Phaphonh's release conditions include regular reporting to the assigned pretrial services officer, residential and travel restrictions, and the appointment of Ms. Phaphonh's son, Khamsing Phaphonh, as third party custodian. CR 7. Ms. Phaphonh has been in compliance with her conditions of release for the past three and a half years. Pretrial services has informed the parties that a third party custodian is no longer a necessary condition to reasonably assure Mr. Phaphonh's appearance or the safety of the community.

/ / /

/ / /

Based upon pretrial's assessment, the parties request that the special condition of release requiring a third party custodian be removed. The parties further request that Khamsing Phaphonh be relieved of his responsibilities as third party custodian. The parties agree that all other conditions of release should remain in full force and effect.

Dated: December 7, 2021                    Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                   Federal Public Defender

                                                   */s/ Megan T. Hopkins*
                                                   MEGAN T. HOPKINS
                                                   Assistant Federal Defender

                                                   Attorneys for Defendant
                                                   TEM PHAPHONH

DATED: December 7, 2021                    PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   */s/ Michael Tierney*
                                                   MICHAEL TIERNEY
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, good cause having been shown, that the conditions of release be modified as specified above.

IT IS SO ORDERED.

Dated:   **December 10, 2021**                    /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE