HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGAN T. HOPKINS, CA Bar No. 294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TEM PHAPHONH,<br><br>  Defendant. | Case No. 1:18-cr-00225-JLT-SKO-2<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date: September 21, 2022<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the status conference currently scheduled for August 17, 2022 at 1:00 p.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge, be continued to September 21, 2022 at 1:00 p.m..

The foregoing is requested given that counsel for Ms. Hambartsumyan has fallen ill and is at this time unable to meet and confer regarding a mutually agreeable trial date.  The parties have agreed on a general time frame for trial and are exchanging time estimates in order to reach an agreeable date to commence trial, however the parties believe that in order to arrive at a reliable date for all, counsel for Ms. Hambartsumyan should have an opportunity to fully participate in the discussions following his recovery.  The parties therefore request a brief continuance of 30 days in order to permit them to confer together and select a mutually convenient trial date prior to September 21, 2022.

Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time through September 21, 2022, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 9, 2022

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
JAYA GUPTA
Assistant Federal Defenders
Attorneys for Defendant
TEM PHAPHONH


PHILLIP A. TALBERT
United States Attorney

Date: August 9, 2022

/s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant United States Attorney


## O R D E R

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference set for August 17, 2022 at 1:00 p.m., be continued to **September 21, 2022 at 1:00 p.m.**. For the reasons set forth above, time shall be excluded through September 21, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

Dated: 8/10/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Judge